582 A.2d 1311

Robert F. CROWELL, Administrator of the Estate of Marc Ethan Crowell, Deceased, and Robert F. Crowell and Linda Crowell, as Plaintiffs in their own right

v.

COMMONWEALTH of Pennsylvania, City of Philadelphia and Henry B. Lewis.

Petition of Henry B. LEWIS, Petitioner.

Supreme Court of Pennsylvania.

Nov. 7, 1990.

ORDER:

PER CURIAM.

And now, this 7th day of November, 1990, this Petition is granted, limited to the issue of the interpretation of 42 Pa.C.S. § 8542(b) in light of our decision in *Mascaro v. Youth Study Center*, 514 Pa. 351, 523 A.2d 1118 (1987).